Lafayette Parish
Filed Apr 26, 2022 3:15 PM
Morgan Foreman
Deputy Clerk of Court

C-20222165
K

JUDY BROUSSARD          15TH JUDICIAL DISTRICT COURT

VERSUS          DOCKET NO. __C-20222165__

GREAT WEST CASUALTY
INSURANCE COMPANY, ET AL      LAFAYETTE PARISH, LOUISIANA

......................................................................

### PETITION FOR DAMAGES

    NOW INTO COURT, through undersigned counsel comes petitioner, **JUDY BROUSSARD**, domiciled in Lafayette Parish, Louisiana at all pertinent times, who respectfully presents the following petition for damages:

1.

Made defendants herein are:

A.     **GREAT WEST CASUALTY INSURANCE COMPANY**, believed to be a foreign insurance company authorized to do and doing business in the State of Louisiana at all times relevant herein that, based upon information and belief, maintained one or more policies of primary and/or excess liability insurance insuring **WALTER RANDOLPH JR.** and/or the eighteen-wheeler being operated by **WALTER RANDOLPH JR.** at the time of the collision in question, against liability in the premises and, as such, is liable jointly and severally with one or more defendants for all damages which may be cast in favor of petitioner, plus costs and interest from the date of judicial demand;

B.     **WALTER RANDOLPH JR.**, believed to be a person of the full age of majority and a resident of, and domiciled in, the State of Texas at all relevant times herein, who was the owner of and/or driver of the eighteen-wheeler that was involved in the collision at issue herein and, as such, is liable jointly and severally with one or more defendants for all damages which may be cast in favor of petitioner, plus costs and interest from the date of judicial demand;

C.     **CATHY'S EXPRESS, LLC**, believed to be domiciled in Texas at all relevant times, and was the owner of the eighteen-wheeler involved in the collision at issue and/or was the employer of the driver of said eighteen-wheeler, defendant, **WALTER RANDOLPH JR.**, and, as such, is liable jointly and severally with one or more defendants for all damages which may be cast in favor of petitioner, plus costs and interest from the date of judicial demand; and

D.     **ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY**, believed to be a foreign insurance company authorized to do and doing business in the State of Louisiana, who at all times relevant herein provided one or more policies of uninsured/under insured motorist insurance coverage and medical payments coverage to **JUDY BROUSSARD** and/or the vehicle she was operating on the date of the collision in question and, as such, is liable jointly and severally with one or more defendants for all for all damages sought by petitioner herein.

2.

The defendants, **GREAT WEST CASUALTY INSURANCE COMPANY, WALTER RANDOLPH JR, CATHY'S EXPRESS, LLC,** and **ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY**, are liable jointly and severally to the petitioner for



Certified True and Correct Copy
CertID: 2022042700006

Lafayette Parish
Deputy Clerk of Court

Generated Date:
4/27/2022 8:45 AM

Exhibit A

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

damages, harms, and losses which she sustained, together with legal interest from the date of judicial demand and costs of these proceedings for the following reasons, to wit:

3.

On May 19, 2021, petitioner, **JUDY BROUSSARD**, was operating a 2017 Chevrolet Impala, traveling westbound on I-12 Hammond, Louisiana in the right lane when suddenly and without warning **WALTER RANDOLPH JR.**, who was also traveling westbound on I-12, in the left lane, drove his eighteen-wheeler into **MS. BROUSSARD'S** lane striking **MS. BROUSSARD'S** vehicle, causing her to lose control of her vehicle forcing her off the roadway.

4.

At all times pertinent hereto, petitioner, **JUDY BROUSSARD**, drove her vehicle safely and with due prudence. **JUDY BROUSSARD** bears no fault in causing the subject collision.

5.

The collision and below described injuries were caused solely by the negligence and/or fault of defendants, **WALTER RANDOLPH JR.** and **CATHY'S EXPRESS, LLC**, in the following, non-exclusive, particulars:

a. In operating his vehicle in violation of the traffic laws of Louisiana;

b. Failing to maintain control of his vehicle;

c. Failing to maintain a proper lookout;

d. Traveling at an unreasonably dangerous speed for the traffic and/or roadway conditions as they existed at the time of the collision;

e. Failing to do what should have been done to avoid the collision set forth herein;

f. Careless and/or negligent operation;

g. Violating any and all applicable laws, rules, regulations, and/or standards including, but not limited to, La. R.S. 32:58 and 32:79; and

h. All other acts of negligence and/or fault that will be shown at the trial of this matter.

6.

Upon information and belief, at all times pertinent hereto, defendant, **WALTER RANDOLP JR.**, was working as an employee of defendant, **CATHY'S EXPRESS, LLC**, and was driving the eighteen-wheeler with the permission of his employer.

7.

**CATHY'S EXPRESS, LLC** is vicariously liable for the actions of **WALTER RANDOLP JR.** under the doctrine of *Respondeat Superior* and/or Louisiana law.



Certified True and Correct Copy
CertID: 2022042700006

Lafayette Parish
Deputy Clerk of Court

Generated Date:
4/27/2022 8:45 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

8.

Directly and solely as a result of the collision in question, **JUDY BROUSSARD** suffered various injuries and, as a result, is entitled to recover all available damages including, but not limited to:

a. Physical pain and suffering – past, present, and future;

b. Mental anguish and/or emotional distress – past, present, and future;

c. Disability and/or impairment – past, present, and future;

d. Lost Wages and/or loss of earning capacity - past, present, and future;

e. Diminished Value, loss of use, and/or rental charges of vehicle;

f. Loss of enjoyment of life – past, present, and future;

g. Medical expenses – past, present, and future; and

h. Any and all other damages which will be established at the time of trial.

9.

Petitioner, **JUDY BROUSSARD,** is therefore entitled to damages for the items set forth in such amounts as are reasonable in the premises.

10.

Petitioner is informed, believes and therefore alleges that at the time of the collision at issue the defendant, **GREAT WEST CASUALTY INSURANCE COMPANY**, had issued a liability insurance policy to **WALTER RANDOLPH JR. and/or CATHY'S EXPRESS, LLC**, and under the laws of the State of Louisiana, said policy was in full force and effect at the time of the collision, and which insurance inures to the benefit of Petitioner under the provisions of the Louisiana Direct Action Statute, L.A. R.S. 22:1269.

11.

Petitioner further alleges on information and belief that under the terms of the said policy, **GREAT WEST CASUALTY INSURANCE COMPANY** obligated itself to pay any and all damages caused to Petitioner as a result of the negligence and/or fault of **WALTER RANDOLPH JR. and/or CATHY'S EXPRESS, LLC** in the operation of said eighteen-wheeler and/or arising out of the aforementioned collision.

12.

Pursuant to the provisions of the Louisiana Code of Civil Procedure, Article 1423, *et sec.*, Petitioner is entitled to a certified copy of all insurance policies issued to and/or otherwise insuring



Certified True and Correct Copy
CertID: 2022042700006

Lafayette Parish
Deputy Clerk of Court

Generated Date:
4/27/2022 8:45 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

CATHY'S EXPRESS, LLC and/or WALTER RANDOLPH JR. for the claims made by Petitioner herein. Petitioner requests a certified copy of any and all such policies of insurance within thirty (30) days of service of the petition upon them.

13.

At the time of the collision at issue, petitioner was covered by an insurance policy issued by defendant, **ALLSTATE PROPERT AND CASUALTY INSURANCE COMPANY**, which provided uninsured/underinsured motorist coverage and medical payments coverage.

14.

**GREAT WEST CASUALTY INSURANCE COMPANY, WALTER RANDOLPH JR, CATHY'S EXPRESS, LLC,** and **ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY** are therefore liable jointly and severally unto the Petitioner for all damages sustained by Petitioner in said collision.

15.

The value of Petitioner's claim exceeds $75,000.00.

16.

Venue is proper in this judicial district pursuant to La. C.C.P. art. 76 because the Plaintiff is domiciled in Lafayette Parish.

**WHEREFORE, PETITIONER PRAYS** that defendants, **GREAT WEST CASUALTY INSURANCE COMPANY, WALTER RANDOLPH JR, CATHY'S EXPRESS, LLC,** and **ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY,** be served with a certified copy of this Petition for Damages, be duly cited to appear and answer this petition and that after due proceedings had and the lapse of all legal delays, that there be a judgment herein in favor of petitioner, **JUDY BROUSSARD,** and against defendants, **GREAT WEST CASUALTY INSURANCE COMPANY, WALTER RANDOLPH JR, CATHY'S EXPRESS, LLC,** and **ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY,** jointly and severally for damages in an amount which is reasonable in the premises, together with legal interest thereon from date of judicial demand until paid and for all costs of these proceedings.

**PETITIONER FURTHER PRAYS** for any and all additional legal and/or equitable relief which this Honorable Court may deem necessary and proper.


Certified True and Correct Copy
CertID: 2022042700006

Lafayette Parish
Deputy Clerk of Court

Generated Date:
4/27/2022 8:45 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

Requested by Atty.: COLOMB, BRIAN C

LAFPC.CV.64123839

# CITATION
(LONG ARM STATUTE)

**JUDY BROUSSARD**                          **15TH JUDICIAL DISTRICT COURT**

**VS**                                      **DOCKET NUMBER: C-20222165 K**

**GREAT WEST CASUALTY INSURANCE**           **PARISH OF LAFAYETTE, LOUISIANA**
**CO, ET AL**

**STATE OF LOUISIANA**

TO:  CATHY'S EXPRESS, LLC
     THROUGH ITS REGISTERED AGENT FOR SERVICE:
     CATHLYN COLE
     910 WALL STREET
     HOUSTON, TX

**THROUGH THE LOUISIANA LONG-ARM STATUTE**

You are hereby cited to comply with the demand contained in the petition, a certified copy of which accompanies this citation, (exclusive of exhibits). You should file an answer or other pleading to said petition in the office of the Clerk of the 15th Judicial District Court in the Lafayette Parish Courthouse, Lafayette, Louisiana, within thirty (30) days after the service hereof, except as otherwise provided by law. Alternatively, your failure to comply herewith will subject you to the penalty of entry of default judgment against you.

WITNESS THE HONORABLE JUDGES OF SAID COURT, this APRIL 27, 2022.

Deputy Clerk of Court
Lafayette Parish

**THE CLERK OF COURT'S STAFF CANNOT PROVIDE LEGAL ADVICE.**

*Attached are the following documents:
**PETITION FOR DAMAGES AND REQUEST FOR NOTICE**

A TRUE COPY ATTEST
Lafayette, La  4-27-2022

Deputy Clerk of Court